**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 18-15865-AJC

**PHITAU CHARLES**,

Debtor.

_____/

**OBJECTION TO CONFIRMATION OF**
**DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XVIII TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan, and states:

1.      On May 15, 2018 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.      On June 25, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 11] (the "Plan").

3.      The deadline for creditors to file a claim in this case is September 4, 2018.

4.      Secured Creditor is the owner and holder of that certain promissory note and that certain mortgage executed by the Debtor and recorded on August 9, 2007, as CFN #2007R0791541, in OR Book 25846, Pages 2488 - 2504, in the Official Records of Miami-Dade County, Florida on the property located at *18012 N.W. 7th Court, Miami, FL 33169-4740* (the "Property").

5.      The Plan indicates that the Debtor's intent is to cure and maintain the loan that is secured by the Property.

6.      Secured Creditor anticipates timely filing its secured proof of claim which will reflect an estimated total claim amount of $292,210.40 with an estimated pre-petition arrearage amount of $55,128.08.

7.      Secured Creditor asserts that the Plan provides for payment of the pre-petition arrearages in the amount of $36,000.00 when in fact the approximate estimated amount of the outstanding pre-petition arrearages due and owing to Secured Creditor is $55,128.08.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

8.      Secured Creditor objects to any plan which proposes to pay it anything less than the total amount of $55,128.08 as payment of the outstanding pre-petition arrearage over the life of the plan.

9.      Debtor's plan should also account for future tax and insurance obligations.

10.     Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 Plan, and for any such other relief that the Court deems just and proper.

**Dated this 19th day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: /s/ Chase A. Berger
　　　Chase A. Berger, Esq.
　　　Florida Bar No. 083794
　　　cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: ____/s/ Chase A. Berger_____
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>July 19, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Phitau Charles**
18012 NW 7th Court
Miami, FL 33169

*Debtor's Counsel*
**Ricardo A. Rodriguez, Esq.**
6600 Cow Pen Road - Suite 220
Miami Lakes, FL 33014

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: ____/s/ Chase A. Berger_____
Chase A. Berger, Esq.